UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CHARLENE MARANT,

              Defendant.

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 2 2007
SEALED

INDICTMENT

07 Cr. ___

**07 CRIM. 0160**

JUDGE KOELTL

## COUNT ONE

The Grand Jury charges:

From in or about May 1999 up to and including in or about December 2004, in the Southern District of New York and elsewhere, CHARLENE MARANT, the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by a private and commercial interstate carrier, and did take and receive therefrom, such matters and things, and knowingly caused to be delivered by mail and such carrier according to the

direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, such matters and things, to wit, MARANT represented to other persons that she would invest their money in stocks and bonds, when in fact she used it for her own purposes, and used the United States mail and private carriers in furtherance of her fraudulent schemes.

(Title 18, United States Code, Sections 1341 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHARLENE MARANT,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1341 & 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

2/28/07 Filed Indictment Under Seal. A/W issued

Pitman
U.S.M.J

April 10, 2007
Indictment Unsealed.
Case assigned to Judge Koeltl.
Freeman, USMJ