UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   ORDER

    - v. -                        :   07 Cr. 160

CHARLENE MARANT,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney William J. Harrington;

    It is found that the Indictment in the above-captioned action is currently sealed, that CHARLENE MARANT, the defendant, was arrested on April 12, 2007, and that the United States Attorney's Office has applied to have that Indictment unsealed; it is therefore

    ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:   New York, New York
         April 12, 2007

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / APR 12 2007]