AUSA William J. Harrington
212-637-1110

CR 12 (Rev. 6/82)

WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHARLENE MARANT | DOCKET NO.<br>**07 CRIM. 0160** | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Charlene Marant | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST | |

TO:
ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Mail Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>1341 and 2 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |

| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>2-28-07 |
|---|---|---|
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>2/28/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Greg Ghiozzi<br>Postal Inspector | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>4/12/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.