UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        - against -

CHARLENE MARANT,

                    Defendant.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/24/07

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

Another conference is scheduled for **May 16, 2007 at 4:00 p.m.**

Because an adjournment is needed to assure the effective assistance of counsel and to allow the Government time to make discovery and the defense time to review it, the Court prospectively excludes the time from today, **April 20, 2007,** until **May 16, 2007** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          April 20, 2007

                                    _____
                                         John G. Koeltl
                                    United States District Judge