UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Petitioner,

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2007
```

07 cr 160 (JGK)

-against-

**ORDER**

CHARLENE MARANT,

                 Defendant.
-----------------------------------------------------------X

      Bail for the defendant **Charlene Marant** is modified at follows:

      A $200,000 personal recognizance bond, co-signed by one financially responsible person; the defendant is subject to [home confinement and] electronic monitoring; all of the remaining conditions of the defendant's bail remain in effect, and all of the conditions of the modification shall be met before release from custody.

**SO ORDERED.**

                                                                    JOHN G. KOELTL
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 17, 2007