UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 23 07

UNITED STATES OF AMERICA

- against -

CHARLENE MARANT,

                              Defendant.

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

Another conference is scheduled for **June 22, 2007 at 11:30 a.m.**

Because an adjournment is needed to assure the effective assistance of counsel and to allow the Government time to make discovery and the defense time to review it, at the conference on May 16, 2007 the Court prospectively excluded time from the conference on **May 16, 2007**, until **June 22, 2007** from Speedy Trial Act calculations and now confirms that exclusion.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          May 17, 2007

                                        John G. Koeltl
                                   United States District Judge