UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

CHARLENE MARANT,
                              Defendant.
-------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/22/07

07 cr 160 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Friday, July 13, 2007 at 3:00pm** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **July 13, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                                        _____
                                                                        **JOHN G. KOELTL**
                                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 21, 2007