```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

CHARLENE MARANT,

              Defendant.

---

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **September 14, 2007 at 11:00 a.m.**

    Because an adjournment is needed to assure the effective assistance of counsel and to allow the defense to review the voluminous discovery, at the conference on July 13, 2007, the Court prospectively excluded the time from **July 13, 2007** until **September 14, 2007** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          July 17, 2007

                                     _____
                                     John G. Koeltl
                                 United States District Judge