# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/0_

July 16, 2007

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
7/16/07
John G. Koeltl, U.S.D.J.

Re: **United States v. Charlene Marant**
    07 Cr. 160 (JGK)

Dear Judge Koeltl:

I write on behalf of my client, Charlene Marant, to respectfully request that the Court modify her bail conditions. Most recently, on May 17, 2007, Your Honor imposed the following modified bail conditions:

> $200,000 personal recognizance bond cosigned by one financially responsible person; confined to home incarceration with electric monitoring; strict pretrial supervision; surrender all travel documents; no further applications for travel; travel limited to EDNY & SDNY.

Ms. Marant has been out on bail on home incarceration with electronic monitoring for over a month. She has recently gained employment as a copy editor proofreading legal and medical documents and works on very short notice for overnight shifts. Ms. Marant is also currently in the process of reviewing the extensive discovery in her case, and all parties are to appear again before Your Honor on September 14, 2007.

At this time, I request that Your Honor remove the home incarceration and electronic monitoring conditions of her bail with all other conditions unchanged, including strict pretrial supervision.

I have spoken with Assistant United States Attorney William Harrington on behalf of the government and received his consent to this application. I understand Mr. Harrington spoke to Ms. Marant's Pretrial Officer, Franco Furelli, and that he consents to this request as well.

Thank you for your consideration of this matter.

Respectfully submitted,

Philip L. Weinstein
Assistant Federal Defender
Tel.: (212) 417-8744

**SO ORDERED:**

_____
**HONORABLE JOHN G. KOELTL**
United States District Judge

cc:  William Harrington, Assistant United States Attorney
     Franco Furelli, Pretrial Services