USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

CHARLENE MARANT,
                Defendant.

---

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

**JOHN G. KOELTL, District Judge:**

    Trial is scheduled for **January 15, 2008** at **9:00 a.m.**

    The parties are to submit any requests to charge and proposed voir dire requests by **December 31, 2007**. Objections to the other party's requests to charge and proposed voir dire requests are to be submitted by **January 3, 2008**. The government should provide the defendant with any 3500 material on or before **January 9, 2008**.

    A final pre-trial conference is scheduled for **January 10, 2008 at 4:00 p.m.**

    Motions in limine and the government statement of any proposed Fed. R. Evi. 404(b) evidence are to be submitted by **December 3, 2007**. Responses to the motions in limine are due **December 10, 2007**. Any replies are due **December 12, 2007**.

    Because an adjournment is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 14, 2007** until **January 15, 2008** from Speedy Trial Act calculations. The Court finds that the ends of

justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
          September 14, 2007

                                       John G. Koeltl
                                       United States District Judge