UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

     - against -

CHARLENE MARANT,
                  Defendant.

---

07 Cr. 160 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **January 9, 2008** at 4:30 p.m.

SO ORDERED.

Dated:  New York, New York
         December 21, 2007

                                           John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07