# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9520
ranello@maglaw.com

January 3, 2008

JENNIFER L. ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M. BARNES*
JAMES DARROW
BENJAMIN S. FISCHER
ELIZABETH HAINES
JAMES V. HAYES****
RACHEL HEMANI
MATTHEW HOMBERGER
TIMOTHY M. HUDSON**
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ALSO ADMITTED IN N.J.
**ADMISSION PENDING
***ALSO ADMITTED IN WASHINGTON, D.C.
****ADMITTED IN ILLINOIS ONLY
+ALSO ADMITTED IN MASSACHUSETTS

**BY ECF**

Honorable John G. Koeltl
United States District Court
500 Pearl Street, Room 1030
New York, NY 10007

    Re: <u>United States</u> v. <u>Charlene Marant</u>
       07 Cr. 160 (JGK)

Dear Judge Koeltl:

  As the Court is aware, I was appointed to represent Ms. Marant in the above-captioned case on December 20, 2007. At that time, the Court scheduled a status conference for January 9, 2008. Due to a prior commitment, I respectfully request a brief adjournment of the conference. William J. Harrington, the Assistant U.S. Attorney assigned to the case, has consented to this request. I propose the conference be rescheduled for January 14 or January 16, depending on the Court's availability.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P. C.

                                        Respectfully submitted,

                                        s/

RJA/sag                              Robert J. Anello, Esq.


cc: William J. Harrington, Esq.
    Assistant U.S. Attorney/SDNY