```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------

UNITED STATES OF AMERICA

    - against -

CHARLENE MARANT,

              Defendant.

--------

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    Trial is adjourned to **April 21, 2008** at **9:00 a.m.** All motions, including supplements, if any, to motions previously filed are due **February 18, 2008**. All responses are due **March 7, 2008**. Any replies are due **March 14, 2008**. A hearing on the motions is scheduled for **March 28, 2008 at 2:30 p.m.** Requests to charge and voir dire are due **April 7, 2008**. Responses are due **April 9, 2008**. The final pretrial conference will be held **April 17, 2008 at 4:30 p.m.**

    Because an adjournment is needed to assure the effective assistance of counsel and to allow new counsel for defense to become fully acquainted with the case, make motions, and prepare for trial, the Court prospectively excludes time from today, **January 16, 2008**, until **April 21, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
             January 16, 2008

                                                      _____
                                                            John G. Koeltl
                                          United States District Judge