UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                              07 cr 160 (JGK)

      -against-

                              **ORDER**

CHARLENE MARANT,
            Defendant.
------------------------------------------------------------X

      It is hereby order that Robert J. Anello, Esq. is hereby appointed as counsel for the defendant Charlene Marant for all purposes, replacing Philip Weinstein, Esq. of the Federal Defender Services Unit.

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         December 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2008

MICROFILMED
JAN 0 4 2008

Returned to chambers for scanning on 1-17-08.
Scanned by chambers on 1/22/2008.