# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

COUNSEL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

(212) 880-9434
WRITER'S DIRECT DIAL

rhemani@maglaw.com

February 15, 2008

JENNIFER L. ACHILLES
CANDICE ALOISI
DAVID C. AUSTIN
LAWRENCE M. BARNES*
JAMES DARROW
BENJAMIN S. FISCHER
ELIZABETH HAINES
JAMES V. HAYES****
RACHEL HEMANI
MATTHEW HOMBERGER
TIMOTHY M. HUDSON**
JASMINE JUTEAU
THOMAS M. KEANE
RACHEL M. KORENBLAT
KRISTY WATSON MILKOV
ELLEN M. MURPHY
SARAH J. NORTH
CLAUDIO R. OCHOA***
JANEY ROUNTREE****
ASHLEY E. RUPP
ANDREW J. SCHELL
E. SCOTT SCHIRICK
MARYANNE SEXTON
KATHRYN M. SPOTA
DAVID STANKIEWICZ
JERROLD L. STEIGMAN
JAMES R. STOVALL
BARBARA L. TRENCHER
AMY M. TULLY
KEFIRA R. WILDERMAN

*ALSO ADMITTED IN N.J.
**ADMISSION PENDING
***ALSO ADMITTED IN WASHINGTON, D.C.
****ADMITTED IN ILLINOIS ONLY
+ALSO ADMITTED IN MASSACHUSETTS



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08



RECEIVED
FEB 1- 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

BY HAND

Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Re:  United States v. Charlene Marant
     07 Cr. 160 (JGK)

Dear Judge Koeltl:

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
2/19/08

Pursuant to the Court's Scheduling Order, dated January 16, 2008, pre-trial motions and supplemental motions are due on Monday, February 18, 2008. I write to request an extension of one day, until February 19, 2008, to file pre-trial motions and supplemental motions. We are requesting the extension because Monday is a holiday. The government has consented to the request.

Thank you for your attention to this matter.

Respectfully,

Rachel Y. Hemani

CC: William J. Harrington, Esq.