UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CHARLENE MARANT<br><br>        Defendant. | 07 Cr. 160 (JGK)<br><br>FILLED ELECTRONICALLY |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Charlene Marant, by her attorneys Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, upon the accompanying Memorandum of Law, along with the attached exhibit, hereby moves for an order:

(i)    granting a bill of particulars;

(ii)   ordering the government to make timely production of all Brady and Giglio material relating to Bill Drucker's sexual advanced towards Ms. Marrant and Elizabeth Ferreira; and

(iii)  dismissing the charges of aiding and abetting.

This motion is filed in accordance with Court's endorsed letter dated February 19, 2008.

Dated: New York, New York            MORVILLO, ABRAMOWITZ, GRAND, IASON.
       February 19, 2008             ANELLO AND BOHRER, P.C.

                                     By:   /s/    Rachel Hemani
                                           Rachel Hemani (RH 1349)
                                           575 Fifth Avenue
                                           New York, NY 10017
                                           (212)856-9000 (telephone)
                                           (212)856-9494 (fax)