# EXHIBIT A

## PARTICULARS SOUGHT BY DEFENDANT CHARLENE MARANT

1. Identify each of the "false and fraudulent pretenses, representations, and promises" Ms. Marant allegedly made.

2. Identify the "scheme and artifice to defraud" referenced in the indictment.

3. Identify the "other persons" to whom Marant allegedly represented that she would invest their money in stocks and bonds. Identify the representations that the government alleged Ms. Marant made to such "other persons."

4. Identify the transactions in which Ms. Marant allegedly used the "other persons" money "for her own purposes." Identify the amount of money that the government claims Ms. Marant used "for her own purposes."

5. Identify the names of any other participants in the "scheme and artifice to defraud."

6. Identify the specific mailings that the government claims form the basis for the charge and the approximate dates of the mailings.

7. Describe the conduct that the government will claim marked the beginning of the criminal activity. Identify each person who was involved in or participated in such event or conduct.

8. Describe the event or conduct that the government will claim marked the end of the criminal activity. Identify each person who was involved in or participated in such event or conduct.