UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHARLENE MARANT<br><br>    Defendant. | 07 Cr. 160 (JGK) |

**LOCAL CRIMINAL RULE 16.1 AFFIDAVIT**

I am an attorney at law in the State of New York. I affirm under penalty of perjury that on February 19, 2008, I attempted to confer with William J. Harrington, Esq., in an effort to resolve by agreement the issues raised in Defendant Charlene Marant's Motion for a Bill of Particulars. I was unable to reach Mr. Harrington, but I will continue my efforts to confer with opposing counsel, and in the event we resolve by agreement the issues raised by the motion, I shall so notify the Court.

_____
Rachel Y. Hemani  (RH-1349)

Sworn to before me this
19th day of February, 2008

_____
Notary Public

MAUREEN SMITH
Notary Public, State of New York
No. 01SM5077496
Qualified in Kings County
Commission Expires May 12, 20 11