**MARANT ENTERPRISES HOLDINGS LLC**
THE TRUMP BUILDING
40 WALL STREET, PENTHOUSE
NEW YORK, NY 10005

**BY EMAIL & FEDEX OVERNIGHT DELIVERY**

07 February 2006

Steven R. Popofsky, Esq.
Gersten Savage LLP
600 Lexington Avenue
New York, NY  10022-6018

RE:  Letter of Resolution/Dr. and Mrs. William R. Drucker

Dear Mr. Popofsky:

On behalf of Elizabeth Ferreira and myself, this letter of transmittal is 1) to acknowledge receipt of your letter dated 31 January 2006 by fax, email and DHL overnight delivery and my return telephone call to you at your office on 01 February 2006 and 2) to resolve the matter with respect to Dr. and Mrs. William Drucker ("Barbara and Bill").

When we spoke last Wednesday, it was impossible to have an exchange with you regarding a resolution for Barbara and Bill particularly because of your immediate aggressiveness to talk over me, make accusations and your unwillingness to listen to what I had to say to initiate a discussion for a resolution.

Admittedly, you stated that you knew nothing about the ten-year personal and business relationship that Elizabeth and I have had with Barbara and Bill. This ten year relationship which has been built on respect and commitment should not be destroyed by irreparable acts of adversarial tactics because lives will be destroyed not just the relationship. There was conduct by Bill which Elizabeth and I would have to disclose but do not want to disclose because of our commitment and honor to Barbara.  These considerations are paramount for a resolution notwithstanding that Barbara and Bill are in their 80's and Elizabeth has head and neck cancer which is not in remission.

Elizabeth and I propose a resolution with Barbara and Bill to return their funds with an accounting in exchange for a mutual release.  I am in the process of placing the funds in an Attorney Escrow Account and will deliver the funds to Barbara and Bill upon execution of the mutual release.



PLAINTIFF'S
EXHIBIT
D

Please advise Barbara and Bill to call me or I will call them at 11:00am when I return to my office on Monday, 13 February 2006.

Respectfully,

Charlene F. Marant

cc: Dr. and Mrs. William Drucker (copy by email & Fedex)