[RECEIVED MAR 31 2008 JUDGE JOHN G. KOELTL]

# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9520

ranello@maglaw.com

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-02-08
```

March 31, 2008

*[Handwritten: Hearing adjourned to April 11 at 4:00 P.M. So ordered. 3/31/08 — J.G. Koeltl, U.S.D.J.]*

**BY FAX**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:     <u>United States v. Charlene Marant, 07 Cr. 160</u>

Dear Judge Koeltl:

       I am submitting this letter respectfully to ask the Court to reschedule the pretrial motions hearing. This hearing on the motions originally was scheduled for March 28. On March 25, I received a message from your chambers informing me that the hearing was rescheduled for April 4. On March 27, I sent a letter informing the Court that I was unavailable on the rescheduled date of April 4 because I must defend a previously scheduled deposition. I proposed that the hearing be rescheduled for either the morning of April 7 or anytime on April 11. Counsel for the government consented to this request. On March 28, my colleague Seth Grossman was informed by your chambers that the hearing would be rescheduled for April 3. Unfortunately, April 3 is a date that I also am unavailable and when I will be out of state.

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

The Honorable John G. Koeltl                                        March 31, 2008
                                                                     Page 2

      As Mr. Grossman explained to chambers, I will be in Birmingham, Alabama in connection with depositions from the afternoon of April 1 through April 3. From the afternoon of April 7 through April 9, I will be on trial in Syracuse, New York. I respectfully ask the Court to schedule the hearing on a date that I will be able to appear. I am able to appear on the morning of April 1, or April 7, or anytime on April 10, 11 or 14. Counsel for the government would be willing to have the hearing tomorrow morning and is available at 11:00 am. If the Court is unable to schedule the hearing for any of the proposed dates, I will ask another partner in my firm to appear with Ms. Hemani and Mr. Grossman on April 3.

      My client's strong preference is that I be present at the hearing. Unfortunately, this is not possible on either rescheduled dates of April 3 or April 4. I am sensitive to the constraints on the Court's schedule and apologize for any difficulty my previous commitments pose to the Court's efforts to reschedule this hearing date.

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Robert J. Anello

RJA/sag

cc:  William J. Harrington, Esq.
      Assistant U.S. Attorney/SDNY