## MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A BOHRER
CATHERINE M FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON D.C.
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9520

ranello@maglaw.com

April 2, 2008

COUNSEL
JUDITH L MOGUL
CHRISTOPHER J MORVILLO
E SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M KEANE

MICHAEL C. SILBERBERG
1940-2002



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08

BY FAX

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Charlene Marant, 07 Cr. 160 (JGK)

Dear Judge Koeltl:

I respectfully request that the Court extend the deadline for submitting requests to charge and proposed voir dire. Counsel for the government joins in this request. Pursuant to the Court's Order dated January 16, 2008, requests to charge and proposed voir dire currently are due on April 7. As the Court is aware, on March 31, the Court adjourned the hearing on pretrial motions to April 11. In addition, on March 28, I sent a letter to the Court requesting an adjournment of the trial. This request is pending before the Court. Accordingly, I respectfully request that the Court extend the deadline for submitting requests to charge and voir dire. I suggest that the Court at the hearing on April 11, 2008, set new dates for the filing of requests to charge and proposed voir dire.

Thank you for your attention to this matter.

Respectfully submitted,

Robert Anello

Robert J. Anello

RJA/sag

cc: William J. Harrington, Esq.
Assistant U.S. Attorney/SDNY

*The Court will adjourn the date for the submission of requests to charge and voir dire requests to a date to be set at the April 11 hearing. However, all counsel should be prepared to submit their requests promptly thereafter. The Court has not yet adjourned the trial date, the Trial date has been set months in advance, and the parties have only agreed on a brief adjournment. So ordered. 4/2/08  /s/ Koeltl  U.S.D.J.*