USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

CHARLENE MARANT,
                  Defendant.

07 Cr. 160 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The Government should respond to the defendant's letter dated April 10, 2008 by **April 25, 2008**. Another conference is scheduled for **May 2, 2008 at 4:00 p.m.**

At the conference held on April 11, 2008, the Court prospectively excluded the time from **April 11, 2008 to May 2, 2008**, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). For the reasons stated on the record at the conference held on April 11, 2008, the time is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED.

Dated:   New York, New York
         April 14, 2008

                                    John G. Koeltl
                                    United States District Judge