MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE
NEW YORK, N.Y. 10017
TELEPHONE
(212) 856-9600
www.maglaw.com
FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9485
rweinberg@maglaw.com

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/13/08

RECEIVED
MAY 13 2008
[illegible]
U.S. DISTRICT JUDGE
S.D.N.Y.

May 13, 2008

**BY FAX**

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: **United States v. Charlene Marant**
**07 Cr. 160**

Dear Judge Baer:

I am writing with regard to the new dates that the Court ordered today. At yesterday's conference, the Court scheduled a competency hearing for May 23 and a trial date of June 2. At the conference, I confirmed that Mr. Anello was available on these dates. This morning, the Court rescheduled the competency hearing for May 22 and the trial for May 27. I respectfully request that the Court keep the schedule that was agreed to and set at yesterday's conference.

Mr. Anello is unavailable on May 22 because he must defend a previously scheduled deposition of a client in a multi-party, consolidated litigation involving Healthsouth. Mr. Anello is still available to do a competency hearing on May 23. I respectfully ask the Court to hold the hearing on this date.

The new trial date set by the Court, May 27, is unfair given the substantial number of documents recently produced by the government that defense counsel must review in order to prepare for trial. As I explained to the Court at the conference, the defense recently received 105 boxes of documents and literally thousands of emails from the government. These documents are relevant to preparing Ms. Marant's defense. It is simply not possible for the defense to review these documents and to adequately prepare for trial by May 27. Accordingly, I respectfully request the Court to keep the trial date as previously scheduled.

Thank you for your attention to this matter.

Respectfully submitted,

Richard D. Weinberg

RDW/sag/sc

cc: William J. Harrington, Esq.
Assistant U.S. Attorney/SDNY

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 5/13/08

Endorsement:

After most of yesterday awaiting your thoughts and as late as this morning having conflicting information as to your predilections and mine, I made a decision myself which is what as I understood it I get all that money for. Your objection is noted as will be reflected in the record - you are quite right about the competency hearing and I thought that would be a preferred date and while I decided on the 22nd it was only because of the holiday weekend either date is still OK with me but I'm confident you will do well at the hearing if it remains on that date.