United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

RECEIVED
MAY 15 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

May 15, 2008

BY FAX

The Honorable Harold Baer Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Charlene Marant
          07 Cr. 160 (HB)

Dear Judge Baer:

    I write to confirm the current schedule in this matter. The competency hearing is scheduled for Tuesday, May 20, 2008 from 2 p.m. to 5 p.m. The trial will begin on Tuesday, May 27, 2008 at 9 a.m.

    The parties jointly called earlier today to inquire about the availability of June 2, 2008 as a date to start the trial. I understand from your deputy that this is not currently feasible for the Court, which has already made significant changes to its schedule in order to accommodate the parties' scheduling requests. I also understand that delaying the trial date would likely require that Your Honor transfer the case back to Judge Koeltl for a much later trial. I have communicated the Court's schedule to Mr. Anello, counsel for Charlene Marant.

    The Government greatly prefers maintaining the current schedule over transferring the case back to Judge Koeltl, which would likely entail a substantial delay of the trial date. For the reasons set forth at the conferences in this matter, such a delay would greatly prejudice the Government's ability to present its case. Mr. Anello indicated to me that he still objects to

the May 27, 2008 trial date for the reasons set forth in his earlier correspondence and at the conferences.

                      Very truly yours,

                      MICHAEL J. GARCIA
                      United States Attorney
                      Southern District of New York

By:   *[signature]*
                      William J. Harrington
                        /Carrie H. Cohen
                      Assistant United States Attorney
                      (212) 637-2331/2264

cc:  Robert J. Anello, Esq.
     (By fax)

*[Handwritten annotations by Judge Harold Baer, Jr., dated 5/15/08:]*

*"More to the point — if we go ahead I think before/after the competency hearing we resolve some or all the in limine motions"*

*"Because of just this back & forth time [consuming] relatively useless in my view — sentencing Ashurafa I mean actually took the case from the dept of real estate officers to give it back — just gave me the word I thought this was the tip of what I told Dennis to [illegible] how — but I have tried both on the [illegible] recommendate hearing & you both on the competency — one to hear from you — I will either tell me to save it for trial or not hearing in court — will see you in court — NO MORE LETTERS."*

*Harold Baer, Jr., U.S.D.J. 5/15/08*

Endorsement:

    Because of just this back and forth time consuming relatively useless (in my view) bantering I never actually took the case from Judge Koeltl officially - so its real easy to give it back - just give me the word.  I thought this was the gist of what I told Dennis to tell you - I have tried mightily to accommodate you both on the competency hearing and the trial - either tell me to give it back or not hearing from you I will see you in Court - write no MORE LETTERS.  More to the point if we go ahead I think before/after the competency hearing we will resolve some or all the in limine motions.