# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
LOOI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON D.C.
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE

NEW YORK, N. Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

(212) 880-9520
WRITER'S DIRECT DIAL
ranello@maglaw.com

July 3, 2008

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002



> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED:

## BY FAX

Honorable Harold Baer, Jr.
United States District Court
500 Pearl Street, Room 2230
New York, NY 10007

Re:   United States v. Charlene Marant, 07 Cr. 160 (HB)

Dear Judge Baer:

I respectfully request authorization for the use of $2,580 of additional CJA funds for the services of Dr. Sanford L. Drob. This amount represents the time Dr. Drob spent beyond my initial estimate of 20 hours. The total cost of services rendered by Dr. Drob is $6,580 (32.90 hrs. at $200/hr.).

On May 6, 2008, I submitted an application for additional funds to Judge Koeltl. Unfortunately, this application was not acted on prior to the case being transferred to your Honor's chambers on May 8. On May 15, by means of the enclosed letter, I resubmitted my request to your chambers. However, it appears that there was a miscommunication as to the status of the May 6 application, and as a result, your Honor did not authorize my request. I am therefore resubmitting this request and respectfully request that it be granted *nunc pro tunc* to May 15, 2008.

Thank you for your attention to this application.

Respectfully submitted,

Robert J. Anello

RJA/sag
Enclosure

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date:

Endorsement:

These additional funds for the psychiatrist not heretofore approved and amounting to $2580 are approved.