UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
UNITED STATES OF AMERICA            :
        -against-                   :            ORDER
                                    :
   Charlene MARANT                  :       07cr 160 (HB)
                                    :         Docket #
------------------------------------x
```

__- BAER__, DISTRICT JUDGE:
Judge's Name

THE C.J.A. attorney assigned to this case
__Robert Anello__ is hereby ordered substituted and
Attorney's Name
the representation of the defendant in the above captioned matter
is assigned to __Steven R. Kartagener__
Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York   5/7/08